IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM BETHEL                                                                                    PLAINTIFF

v.                    Civil No. 5:17-cv-05194

DR. RICHARD KARAS;                                                                          DEFENDANTS
JANE AND JOHN DOE NURSES;
and SHERIFF TIM HELDER

## OPINION AND ORDER

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and has filed a motion for leave to proceed *in forma pauperis* (IFP). (ECF No. 2).

When he filed this case, Plaintiff was incarcerated in the Washington County Detention Center (WCDC). Plaintiff was specifically advised (ECF No. 3) that he had an obligation to immediately notify the Court of any changes in his address.

By order (ECF No. 3) entered on October 4, 2017, Plaintiff was directed to file a Supplement to his Complaint by October 20, 2017. Plaintiff did not file the Supplement. On October 23, 2017, a Show Cause Order (ECF No. 8) was entered. The response to the Show Cause Order was due November 6, 2017.

Plaintiff has not responded to the Show Cause Order (ECF No. 8). Plaintiff has not sought an extension of time to respond. Mail sent to the Plaintiff at the WCDC has been returned as undeliverable. Plaintiff has not communicated with the Court in anyway.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court.  Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 6th day of December 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE